UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/17/2021_

**SAMUEL & STEIN**
David Stein (DS 2119)
1441 Broadway, Suite 6085
New York, New York 10018
(212) 563-9884

Attorneys for Defendant

Yony Sosa, on behalf of himself and all other persons similarly situated,

Plaintiff,

- vs. -

Sweet Shop Candies, Inc.,

Defendant.

DOCKET NO. 21-cv-3226 (AT) (KHP)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that based upon the enclosed memorandum of law, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, defendant will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) to bring the attached Motion to Dismiss the complaint, on for hearing at such time and date as the Court may determine.

Dated: June 15, 2021

---

DENIED, without prejudice to renewal in a motion that complies with the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: June 17, 2021
   New York, New York

ANALISA TORRES
United States District Judge