# SAMUEL & STEIN

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

| **DAVID STEIN** | June 28, 2021 | ADMITTED IN |
|---|---|---|
| dstein@samuelandstein.com | | NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re:    <u>Sosa v. Sweet Shop Candies, Inc.</u>
              *Case Number 21-cv-3226 (AT)*

Dear Judge Torres:

    We represent defendant Sweet Shop Candies, Inc., in the above-captioned matter, and we write jointly with plaintiff's counsel, Jeffrey M. Gottlieb, Esq., to inform the Court that the parties have reached a settlement in principle. Plaintiff respectfully requests that Your Honor dismiss this action with prejudice, with the right to reopen in 30 days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the parties also respectfully request that all pending dates in this action be adjourned *sine die*.

    We thank the Court for its attention to this matter. We are available at Your Honor's convenience should the Court have any questions.

                                       Respectfully submitted,

                                       David Stein

cc: Jeffrey M. Gottlieb, Esq. (via ECF)